DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELICIA STEPHENSON,**
Appellant,

v.

**NORTHWEST FEDERAL CREDIT UNION,**
Appellee.

No. 4D2025-0143

[September 25, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Allison Gilman, Judge; L.T. Case No. COSO23007862.

Felicia Stephenson, Miami, pro se.

Richard S. McIver of Kass Schuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS and GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***